UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIOMY ENCARNACION, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WORKERS CREDIT UNION, DOES 1 through 100,<br><br>Defendants. | Case No. 4:21-cv-40077-MRG |

**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEY'S FEES AND COSTS**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiff Kiomy Encarnacion ("Plaintiff"), by and through the undersigned counsel, hereby moves this Court for entry of an Order approving the proposed class action settlement in this matter and awarding attorney's fees and costs. The moving party hereby certifies that Plaintiff's counsel has in good faith met and conferred with Defendant's counsel regarding the matters contained herein prior to filing this Motion.

This Motion is based on the Motion, the attached memorandum, the declaration of Plaintiff's counsel Elaine S. Kusel, Christine M. Craig, the declaration of Annette Kashkarian on behalf of Verita, the Claims Administrator, all exhibits thereto, all matters of which this Court may take judicial notice, all pleadings in this matter, and all such evidence and argument as may be presented at the hearing.

Dated:  August 30, 2024                           Respectfully submitted,

                                                  */s/Richard D. McCune*
                                                  Richard D. McCune* CA Bar No. 132124

rdm@mccunewright.com
**McCune Law Group**
**McCune Wright Arevalo Vercoski**
**Kusel Weck Brandt, APC**
3281 E. Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Christine M. Craig, Bar No. 631211
ccraig@shaheengordon.com
**Shaheen & Gordon, P.A.**
P.O. Box 977
Dover, NH 03821-0977
Telephone: (603) 749-5000

Elaine S. Kusel* NJ Bar No. 319302020
esk@mccunewright.com
**McCune Law Group**
**McCune Wright Arevalo Vercoski**
**Kusel Weck Brandt, APC**
One Gateway Center, Suite 1500
Newark, NJ 07102
Telephone: (973) 888-1203
Facsimile: (909) 557-1275

*Attorneys for Plaintiff Kiomy Encarnacion, and the Putative Class*

*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that the foregoing Memorandum has been served upon all counsel of record via filing through Court ECF system.

*/s/ Richard D. McCune*
Richard D. McCune